### 34439. KENDRICK v. THE STATE.

PER CURIAM.
Kendrick was ordered extradited to Florida on a governor's warrant. Appellant filed a petition for a writ of habeas corpus complaining that her arrest was not made pursuant to a valid warrant; that extradition proceedings had not been commenced within thirty days of her arrest; that a waiver of extradition signed by her was null and void; and that she had committed no felony so as to make her a fugitive from justice. Her petition was denied.

In reviewing the record on appeal we find evidence that: (a) The extradition documents on their face are in order; (b) Appellant was charged with a crime in the demanding state; (c) Appellant is the person named in the request for extradition; (d) Appellant is a fugitive from justice in the demanding state.

The requirements for extradition set forth in Michigan v. Doran, —— U. S. —— (99 SC 530, 58 LE2d 521) (1978), having been met, we affirm the order of extradition.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 12, 1979 — DECIDED FEBRUARY 9, 1979.

*Mitchell, Mitchell, Coppedge, Boyett, Wester & Bates, Erwin Mitchell,* for appellant.

*Arthur K. Bolton, Attorney General, Charles A. Pannell, Jr., District Attorney, Roland Castellanos, Assistant District District Attorney,* for appellee.